# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICKIE GREEN
ADC # 117055                                                              PLAINTIFF

v.                    No. 5:19-cv-111-DPM-BD

CRAIG H. WOOLFOLK, JR., Sergeant,
Maximum Security Unit, ADC, *et al.*                                    DEFENDANTS

## ORDER

Unopposed partial recommendation, № 36, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Green's motion for preliminary injunctive relief, № 23, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2019