IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN
ADC # 117055                                                              PLAINTIFF

v.                           No. 5:19-cv-111-DPM

CRAIG H. WOOLFOLK, JR., Sergeant,
Maximum Security Unit, ADC
and STEVEN COOK, LPN/Nurse                                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's careful and unopposed recommendation, *Doc. 149*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for summary judgment, *Doc. 134 & 138*, granted. Green's remaining claims will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 October 2021