IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN
ADC # 117055                                                              PLAINTIFF

v.                      No. 5:19-cv-111-DPM

CRAIG H. WOOLFOLK, JR., Sergeant,
Maximum Security Unit, ADC, *et al.*                        DEFENDANTS

## JUDGMENT

Green's excessive force and retaliation claims against Woolfolk and his inadequate medical care claim against Cook are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 October 2021